**Opinion issued February 11, 2021.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00175-CV

_____

**JULIE A. ROBERTS, Appellant**

**V.**

**NEXUS HEALTH SYSTEMS, INC., Appellee**

On Appeal from the 334th District Court
Harris County, Texas
Trial Court Case No. 2016-84120

## MEMORANDUM OPINION

Appellant, Julie A. Roberts, and appellee, Nexus Health Systems, Inc., have

filed a joint motion to dismiss this appeal. They represent that they "have agreed to

a settlement to fully and finally resolve the . . . litigation" and request that we

dismiss the appeal with each party bearing its own costs. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal, with costs taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.